1530

## RECONSIDERATION DOCKET

**94–63.** Ashland Oil, Inc. v. Tracy. Board of Tax Appeals, Nos. 91–M–1379 and 91–M–1380. Reported at 72 Ohio St.3d 77, 647 N.E.2d 775. On motion for reconsideration. Motion denied.

**94–2556.** State v. Larabee. *Fairfield County,* No. 892. Reported at 72 Ohio St.3d 54, 647 N.E.2d 479. On motion for reconsideration. Motion denied.

PFEIFER, J., dissents.

**95–105.** Jurek v. Ohio Motor Vehicles Dealers Bd. *Cuyahoga County,* No. 66373. Reported at 72 Ohio St.3d 1413, 647 N.E.2d 1387. On motion for reconsideration. Motion denied.